```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
IBRAHIM AKASHA ABDALLA,          :
                                 :
              Petitioner,        :
                                 :      14 Crim. 716 (VM)
                                 :      21 Civ. 8569 (VM)
     -against-                   :
                                 :
UNITED STATES OF AMERICA,        :      ORDER
                                 :
              Respondent.        :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Following the Court's order on April 20, 2022, the Government's deadline to respond to the petition and motion to expand the record is extended by two weeks.

**SO ORDERED.**

Dated:   New York, New York
           April 22, 2022

_____
Victor Marrero
U.S.D.J.