UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IBRAHIM AKASHA ABDALLA,

                  Movant,

- against -

UNITED STATES OF AMERICA,

                  Respondent.

**21 Civ. 8569 (VM)**

**14 Cr. 716-2 (VM)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

**VICTOR MARRERO, United States District Judge.**

    On January 26, 2024, the U.S. Court of Appeals for the Second Circuit ("Second Circuit") issued a summary order (Dkt. No. 19) vacating this Court's July 22, 2022 Decision and Order (Dkt. No. 16) and remanding to this Court for further proceedings consistent with its order. The mandate was issued on March 18, 2024. (Dkt. No. 22.)

    Accordingly, the parties are hereby directed to confer and submit their proposed course of action to respond to the remand.

**SO ORDERED.**

Dated:    4 April 2024
             New York, New York

                                              Victor Marrero
                                              U.S.D.J.